US MAGISTRATE JUDGE CHERYL L. POLLAK

DATE: 4/27/11

TIME SPENT:_____

DOCKET NO. _10 CW 5892_____

CASE:_Steed v City of NY_____

____✓ INITIAL CONFERENCE      _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE      _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE      _____ TELEPHONE CONFERENCE
_____ MOTION HEARING      _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

_____ COMPLETED      _5/11_____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____      DEF. TO SERVE PL. BY:_____

**RULINGS:** Mandatory disclosures due 5/11
Parties to exchange doc requests and
interrogs by 5/11; responses
due 6/17

Settlement conference
7/11 at 10:30

## INITIAL CONFERENCE QUESTIONNAIRE

1.  Date of completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: ____5|11|11____

2.  If additional interrogatories beyond the 25 permitted under the Federal Rules are needed, the maximum number of: plaintiff(s) _O_ and defendant(s) _O_

3.  Maximum number of requests for admission by: plaintiff(s) _O_ and defendant(s) _20_

4.  Number of depositions by plaintiff(s) of: parties _5-10_ non-parties _O_

5.  Number of depositions by defendant(s) of: parties _2_ non-parties _3_

6.  Time limits for depositions: _____7 hrs_____

7.  Date for completion of factual discovery: ____10|27|11____

8.  Number of expert witnesses of plaintiff(s): medical ____O____ non-medical _O_

    Date for expert report(s): __N|A__

9.  Number of expert witnesses of defendant(s): medical __O__ non-medical _O_

    Date for expert report(s): __N|A__

10. Date for completion of expert discovery: __N|A__

11. Time for amendment of the pleadings by plaintiff(s) _6|10|11_ or by defendant(s) _N|A_

12. Number of proposed additional parties to be joined by plaintiff(s) _5-10_ and by defendant(s) _N|A_ and time for completion of joinder: __6|10|11__

13. Types of contemplated dispositive motions: plaintiff(s): __N/A__
    defendant(s) __Summary Judgment__

14. Dates for filing contemplated dispositive motions: plaintiff(s): __N/A__
    defendant(s) __11/28/11__

15. Does any parties object to having this case included in the Court's Electronic Case Filing program: No objection _X_ Objection by plaintiff _____ defendant _____

16. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)? (Answer no if any parties declines to consent without indicating which parties has declined.) Yes _____ No _X_