US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 7/19/11

TIME SPENT: _____

DOCKET NO. 10 CV 5892

CASE: Steed v City

____ INITIAL CONFERENCE                    ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE                  ____ FINAL/PRETRIAL CONFERENCE
✓ SETTLEMENT CONFERENCE                    ____ TELEPHONE CONFERENCE
____ MOTION HEARING                        ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED                    ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS:

Settlement discussions prove unsuccessful. Pl. to submit additional interrogs to identify officers; amended compl. by end of Aug.
Depositions by next conference 11/9 at 10:30