UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 19 2012 ★
BROOKLYN OFFICE

------------------------------------------------------------X

CHARLES STEED, et al.,

                Plaintiffs,

- against -

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------X

ORDER OF DISCONTINUANCE

Civil No. 10 CV 5892(ARR)

        It having been reported to the Court that the above-captioned case has been settled,

        IT IS HEREBY ORDERED that the action is discontinued, without prejudice to the right to reopen the action within 30 days if the settlement is not consummated.

        SO ORDERED:

DATED:      Brooklyn, New York
                 April 18, 2012

                                                s/ARR
                                            Allyne R. Ross
                                            United States District Judge

COPIES WERE FORWARDED TO:

Darius Wadia, Esq.
233 Broadway
Suite 2208
New York, NY 10279


Andrew Owen
New York City Law Department
100 Church Street
New York, NY 10007


Magistrate Judge Pollak